UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -  X
                                      :
UNITED STATES OF AMERICA              :
                                      :      **UNSEALING ORDER**
           - v. -                     :
                                      :      21 Cr. ___ 192
DAVID MALEH,                          :
                                      :
           Defendant.                 :
                                      :
- - - - - - - - - - - - - - - - - -  X

          Upon application of the United States of America, by
and through Assistant United States Attorneys Stephanie Lake,
Sheb Swett, and Aline Flodr;

          It is found that the Indictment 20-20119-Cr, which was
returned in the Southern District of Florida and transferred to
the Southern District of New York pursuant to Rule 20 of the
Federal Rules of Criminal Procedure, is currently sealed and the
United States Attorney's Office has applied to have that
Indictment unsealed, it is therefore

          ORDERED that Indictment 20-20119-Cr be and hereby is
unsealed.

SO ORDERED.

Dated: New York, New York
       March 22, 2021

                              _____
                              HONORABLE KEVIN NATHANIEL FOX
                              UNITED STATES MAGISTRATE JUDGE
                              SOUTHERN DISTRICT OF NEW YORK