

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 23, 2021

**BY ECF**

| | |
|---|---|
| The Honorable Denise L. Cote | The Honorable Ronnie Abrams |
| United States District Judge | United States District Judge |
| Southern District of New York | Southern District of New York |
| 500 Pearl Street | 40 Foley Square |
| New York, NY 10007 | New York, NY 10007 |

Re:   *United States v. David Maleh*, 19 Cr. 463 (DLC)

*United States v. David Maleh*, 21 Cr. 192 (RA)

Dear Judge Cote and Judge Abrams:

The Government respectfully submits this letter regarding the above-captioned cases pending before Your Honors.

On or about February 13, 2020, a grand jury sitting in the Southern District of New York returned an indictment charging David Maleh (the "defendant") with one count of conspiracy to commit money laundering, in violation of Title 18, United States Code, 1956(h) (the "SDNY Indictment"). The case was assigned to the Honorable Denise L. Cote. The defendant was arrested on August 19, 2020 in the Northern District of Illinois and presented in this district on September 30, 2020.

On or about February 27, 2020, a grand jury sitting in the Southern District of Florida returned a sealed three-count indictment charging the defendant with conspiracy to conduct unlicensed money services business, in violation of Title 18, United States Code, Section 1960, operation of an unlicensed money services business, in violation of Title 18, United States Code, Section 1960, and conspiracy to structure financial transactions, in violation of Title 18, United States Code, Section 371 (the "SDFL Indictment" and, together with the SDNY Indictment, the "Indictments"). On March 22, 2021, the SDFL Indictment was transferred to the Southern District of New York pursuant to Rule 20 of the Federal Rules of Criminal Procedure and unsealed. The case was assigned to the Honorable Ronnie Abrams, United States District Judge.

Page 2

The Government respectfully submits this letter to inform Your Honors that the SDNY Indictment in the case before Judge Cote arises from substantially similar facts as the SDFL Indictment in the case before Judge Abrams. The defendant has signed a plea agreement with the Government under which he will plead guilty to counts contained in both Indictments. Judge Cote has scheduled a change-of-plea hearing for March 25, 2021 at 3:00 p.m.

                    Respectfully submitted,

                    AUDREY STRAUSS
                    United States Attorney

By:   /s/_____
       Aline R. Flodr / Sheb Swett
       Assistant United States Attorneys
       Southern District of New York
       (212) 637-1110 / 6522

cc:    Cathy Fleming, Esq. (by ECF)